IN RE:                          CASE NO. 05-51298-S

KEVIN MICHAEL KRAMER            CHAPTER 7

       Debtor                       REPORT OF DIVIDEND
                                          <u>UNDER FIVE DOLLARS</u>

FILED 2011 MAY 10 AM 9:00 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

     Harold A. Corzin, Trustee herein, reports that check #108 in the amount of $7.17 was issued on April 21, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditors:

                                                                    Amt. of Dividend

| Claim # | Creditor | Amount |
|---|---|---|
| Claim #1 | United Collection Bureau<br>PO Box 140190<br>Toledo, OH 43614-0190 | $ .62 |
| Claim #2 | Donald L. Fisher MD<br>165 Fifth St SE, Suite A<br>Barberton, Ohio 44203-3652 | $ 4.20 |
| Claim #4 | Citibank ( South Dakota ) N.A.<br>Assoc./BP Amoco Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | $ 1.44 |
| Claim #6 | Ohio Edison<br>PO Box 3637<br>Akron, Ohio 44309-3637 | $ .91 |

TOTAL:                                                 $ 7.17

                                           _____
                                           HAROLD A. CORZIN, TRUSTEE
                                           304 N. Cleveland-Massillon Rd.
                                           Akron, Ohio 44333
                                           (330) 670-0770

April 25, 2011        ck # 108
                       receipt # 82336